IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED

United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 20-CR-835 KWR |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 922(g)(1) and 924:   Felon |
| | ) | in Possession of a Firearm and |
| **CHRISTOPHER HAWKINS** | ) | Ammunition. |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

On or about August 28, 2020, in Bernalillo County, in the District of New Mexico, the

defendant, **CHRISTOPHER HAWKINS**, knowing that he had been convicted of at least one

crime punishable by imprisonment for a term exceeding one year, specifically:

(1) forgery (over $2,500 but not more than $20,0000);

(2) possession of a controlled substance (methamphetamine);

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g)(1), the defendant,

**CHRISTOPHER HAWKINS**, shall forfeit to the United States, pursuant to 18 U.S.C. §

924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the

offense, including, but not limited to:

a.  Smith and Wesson M&P, .40 caliber pistol bearing serial number HZD4004; and

b.  Approximately seven (7) rounds of .40 caliber ammunition.

FRED J. FEDERICI
Acting United States Attorney

NICHOLAS MOTE
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103-0607
(505) 346-7274