**Query**     **Reports**     **Utilities**     **Help**     **Log Out**

# U.S. District Court
## United States District Court - District of New Mexico (Albuquerque)
## CRIMINAL DOCKET FOR CASE #: 1:21-cr-00835-KWR-1

| | |
|---|---|
| Case title: USA v. Hawkins | Date Filed: 06/21/2021 |
| Magistrate judge case number: 1:20-mj-01524-KK | Date Terminated: 12/14/2021 |

Assigned to: District Judge Kea W. Riggs

### Defendant (1)

| | | |
|---|---|---|
| **Christopher Hawkins**<br>*TERMINATED: 12/14/2021* | represented by | **Alonzo J. Padilla**<br>Federal Public Defender<br>111 Lomas Blvd. N.W.<br>Suite 501<br>Albuquerque, NM 87031<br>505-346-2489<br>Fax: 505-346-2494<br>Email: nmabq-ecf@fd.org<br>*TERMINATED: 06/28/2021*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment*<br><br>**Kari Converse**<br>P.O. Box 4991<br>Albuquerque, NM 87196-4991<br>505-379-9030<br>Email: kari_converse@fd.org<br>*TERMINATED: 10/12/2021*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment*<br><br>**Rachel Nathanson Jacobs**<br>Federal Public Defender<br>District of New Mexico<br>111 Lomas Blvd. NW<br>Suite 501<br>Albuquerque, NM 87102<br>505-346-2489<br>Email: rachel_jacobs@fd.org |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

| | |
|---|---|
| **Pending Counts** | **Disposition** |
| 18 U.S.C. 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition. (1) | SENTENCE IMPOSED: CBOP 21 months; 3 years supervised release, with special conditions; SPA $100.00; deft in custody |
| **Highest Offense Level (Opening)** | |
| Felony | |
| **Terminated Counts** | **Disposition** |
| None | |
| **Highest Offense Level (Terminated)** | |
| None | |
| **Complaints** | **Disposition** |
| 18:922(g)(1) and 924: Felon in Possession of a Firearm | |

---

**Plaintiff**

**USA**                                  represented by   **Nicholas Scott Mote**
US Attorney's Office
PO Box 607
Albuquerque, NM 87103
505-224-1400
Fax: 505-346-7296
Email: nicholas.mote@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/04/2020 | 1 | COMPLAINT as to Christopher Hawkins (1). (kd) [1:20-mj-01524-KK] (Entered: 09/04/2020) |
| 09/30/2020 | | Attorney update in case as to Christopher Hawkins. Attorney Nicholas Scott Mote for USA added. Attorney Jack Burkhead terminated. (nm) [1:20-mj-01524-KK] (Entered: 09/30/2020) |

| | | |
|---|---|---|
| 04/19/2021 | | Arrest of Christopher Hawkins (kd) [1:20-mj-01524-KK] (Entered: 04/19/2021) |
| 04/19/2021 | | Case unsealed as to Christopher Hawkins (kd) [1:20-mj-01524-KK] (Entered: 04/19/2021) |
| 04/19/2021 | 3 | NOTICE OF HEARING WITH VIDEO STREAMING as to Christopher Hawkins: Initial Appearance set for 4/20/2021 at 09:30 AM in Remote via Zoom before Magistrate Judge Kirtan Khalsa. (kd)<br><br>NOTE:<br><br>1. This proceeding will be held via Zoom Video/Web Conferencing with all participants appearing remotely; the Zoom ID and Passcode will be provided separately to the participants email address of record.<br><br>2. Participants should connect to the proceeding 15 minutes prior its scheduled start time to allow time for trouble-shooting of any connectivity issues.<br><br>3. To ensure the record is of the best quality participants are encouraged to utilize a headset to reduce static and background noise; if not using a headset participants must ensure the audio feed at their location is muted when not speaking.<br><br>*** REMINDER: Recording or broadcasting of this hearing is prohibited. ***<br><br>This hearing will be available for remote viewing by video stream.<br>Please visit the Court's website at www.nmd.uscourts.gov for information and instructions to connect.<br><br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] [1:20-mj-01524-KK] (Entered: 04/19/2021) |
| 04/20/2021 | | U.S. Probation and Pretrial Services added as interested party.(Pirkovic, Mindy) [1:20-mj-01524-KK] (Entered: 04/20/2021) |
| 04/20/2021 | 4 | WAIVER of Personal Presence at Hearing by Christopher Hawkins (nm) [1:20-mj-01524-KK] (Entered: 04/20/2021) |
| 04/20/2021 | 5 | Arrest Warrant Returned Executed on 4/19/2021 as to Christopher Hawkins. (nm) [1:20-mj-01524-KK] (Entered: 04/20/2021) |
| 04/20/2021 | 7 | Clerk's Minutes for proceedings held before Magistrate Judge Kirtan Khalsa: Initial Appearance as to Christopher Hawkins held on 4/20/2021; defendant remanded to the custody of the USMS. (Recording Info: Liberty-ABQ Zoom) (eh) [1:20-mj-01524-KK] (Entered: 04/20/2021) |
| 04/20/2021 | 8 | Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by Magistrate Judge Kirtan Khalsa. (eh)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] [1:20-mj-01524- |

| | | |
|---|---|---|
| | | KK] (Entered: 04/20/2021) |
| 04/20/2021 | 9 | ORAL ORDER of Temporary Detention pending hearing as to Christopher Hawkins by Magistrate Judge Kirtan Khalsa. (eh) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] [1:20-mj-01524-KK] (Entered: 04/20/2021) |
| 04/20/2021 | 10 | NOTICE OF HEARING WITH VIDEO STREAMING as to Christopher Hawkins: Preliminary/Detention Hearing set for 4/22/2021 at 09:30 AM in Remote via Zoom before Magistrate Judge Kirtan Khalsa. (eh)<br><br>NOTE:<br><br>1. This proceeding will be held via Zoom Video/Web Conferencing with all participants appearing remotely; the Zoom ID and Passcode will be provided separately to the participants email address of record.<br><br>2. Participants should connect to the proceeding 15 minutes prior its scheduled start time to allow time for trouble-shooting of any connectivity issues.<br><br>3. To ensure the record is of the best quality participants are encouraged to utilize a headset to reduce static and background noise; if not using a headset participants must ensure the audio feed at their location is muted when not speaking.<br><br>*** REMINDER: Recording or broadcasting of this hearing is prohibited. ***<br><br>This hearing will be available for remote viewing by video stream.<br>Please visit the Court's website at www.nmd.uscourts.gov for information and instructions to connect.<br><br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] [1:20-mj-01524-KK] (Entered: 04/20/2021) |
| 04/20/2021 | 11 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Alonzo J. Padilla for Christopher Hawkins by Magistrate Judge Kirtan Khalsa (kd) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] [1:20-mj-01524-KK] (Entered: 04/21/2021) |
| 04/22/2021 | 13 | WAIVER of Personal Presence at Hearing by Christopher Hawkins (nm) [1:20-mj-01524-KK] (Entered: 04/22/2021) |
| 04/22/2021 | 14 | WAIVER of Preliminary Hearing by Christopher Hawkins (nm) [1:20-mj-01524-KK] (Entered: 04/22/2021) |
| 04/22/2021 | 15 | Clerk's Minutes for proceedings held before Magistrate Judge Kirtan Khalsa: Preliminary/Detention Hearing as to Christopher Hawkins held on 4/22/2021. (Recording Info: Liberty-ABQ Zoom) (eh) [1:20-mj-01524-KK] (Entered: 04/23/2021) |
| 04/22/2021 | 16 | ORDER OF DETENTION Pending Trial as to Christopher Hawkins by Magistrate Judge Kirtan Khalsa. (eh) [1:20-mj-01524-KK] (Entered: 04/23/2021) |

| 04/28/2021 | 17 | WAIVER of Preliminary Hearing/Grand Jury Presentment within 60 days for a total of 90 days pursuant to 18:3161 by Christopher Hawkins (Padilla, Alonzo) [1:20-mj-01524-KK] (Entered: 04/28/2021) |
|---|---|---|
| 04/29/2021 | 18 | ORDER TO CONTINUE - Ends of Justice as to Christopher Hawkins; Time excluded pursuant to 18:3161 by Magistrate Judge Kirtan Khalsa (nm) [1:20-mj-01524-KK] (Entered: 04/29/2021) |
| 06/08/2021 | 19 | NOTICE OF HEARING WITH VIDEO STREAMING as to Christopher Hawkins: Change of Plea set for 6/21/2021 at 10:00 AM in Albuquerque - 440 Hondo Courtroom - Remote before Magistrate Judge Jerry H. Ritter. (eh)<br><br>NOTE:<br><br>1. This proceeding will be held via Zoom Video/Web Conferencing with all participants appearing remotely; the Zoom ID and Passcode will be provided separately to the participants email address of record.<br><br>2. Participants should connect to the proceeding 15 minutes prior its scheduled start time to allow time for trouble-shooting of any connectivity issues.<br><br>3. To ensure the record is of the best quality participants are encouraged to utilize a headset to reduce static and background noise; if not using a headset participants must ensure the audio feed at their location is muted when not speaking.<br><br>*** REMINDER: Recording or broadcasting of this hearing is prohibited. ***<br><br>This hearing will be available for remote viewing by video stream. Please visit the Court's website at www.nmd.uscourts.gov for information and instructions to connect.<br><br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] [1:20-mj-01524-KK] (Entered: 06/08/2021) |
| 06/21/2021 | 20 | INFORMATION as to Christopher Hawkins (1) count(s) 1. (bap) (Entered: 06/21/2021) |
| 06/21/2021 | 21 | WAIVER OF INDICTMENT by Christopher Hawkins (bap) (Entered: 06/21/2021) |
| 06/21/2021 | 22 | WAIVER of Personal Presence at Hearing by Christopher Hawkins (bap) (Entered: 06/21/2021) |
| 06/21/2021 | 23 | CONSENT TO PLEA BEFORE US MAGISTRATE JUDGE by Christopher Hawkins (bap) (Entered: 06/21/2021) |
| 06/21/2021 | 25 | Clerk's Minutes before Magistrate Judge Jerry H. Ritter: Plea Hearing as to Christopher Hawkins held (Recording Info: Liberty-Hondo) (kd) (Main Document 25 replaced on 6/22/2021) (kd). (Entered: 06/22/2021) |
| 06/28/2021 | 26 | NOTICE of Attorney Substitution: Kari Converse substituted for Alonzo J. Padilla (Converse, Kari) (Entered: 06/28/2021) |

| 06/28/2021 | | Attorney update in case as to Christopher Hawkins. Attorney Kari Converse for Christopher Hawkins added. Attorney Alonzo J. Padilla terminated. (bap) (Entered: 06/29/2021) |
|---|---|---|
| 07/01/2021 | 27 | NOTICE *of Unavailability (July 6-23, 2021 and Aug 2-6, 2021)* by Christopher Hawkins (Converse, Kari) Modified text on 7/2/2021 (bap). (Entered: 07/01/2021) |
| 09/20/2021 | 28 | NOTICE OF HEARING as to Christopher Hawkins: Sentencing set for 11/29/2021 at 01:30 PM in Albuquerque - 540 Bonito Courtroom - Remote before District Judge Kea W. Riggs.<br><br>**SHOULD THE PARTIES PREFER TO HOLD THIS HEARING IN PERSON, PLEASE EMAIL JUDGE RIGGS CRD, CAROL BEVEL, WITH YOUR REQUEST AND THE MATTER WILL BE CONVERTED TO AN IN PERSON HEARING. OTHERWISE PLEASE NOTE THE FOLLOWING:**<br>(cab)<br><br>NOTE:<br><br>1. This proceeding will be held via Zoom Video/Web Conferencing with all participants appearing remotely; the Zoom ID and Passcode will be provided separately to the participants email address of record.<br><br>2. Participants should connect to the proceeding 15 minutes prior its scheduled start time to allow time for trouble-shooting of any connectivity issues.<br><br>3. To ensure the record is of the best quality participants are encouraged to utilize a headset to reduce static and background noise; if not using a headset participants must ensure the audio feed at their location is muted when not speaking.<br><br>\*\*\* REMINDER: Recording or broadcasting of this hearing is prohibited. \*\*\*<br><br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 09/20/2021) |
| 10/05/2021 | 29 | MINUTE ORDER by District Judge Kea W. Riggs as to Christopher Hawkins- Converting Sentencing to in-person. Sentencing RESET for 12/1/2021 at 09:00 AM in Albuquerque - 540 Bonito Courtroom before District Judge Kea W. Riggs. (cab) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 10/05/2021) |
| 10/08/2021 | 30 | NOTICE of Attorney Substitution: Rachel A. Nathanson substituted for Kari Converse (Nathanson, Rachel) (Entered: 10/08/2021) |
| 10/12/2021 | | Attorney update in case as to Christopher Hawkins. Attorney Rachel A. Nathanson for Christopher Hawkins added. Attorney Kari Converse terminated. (meq) (Entered: 10/12/2021) |
| 10/28/2021 | | U.S. Probation and Pretrial Services added as interested party.(Aguilar, Christopher) (Entered: 10/28/2021) |

| 11/22/2021 | 36 | MINUTE ORDER by District Judge Kea W. Riggs as to Christopher Hawkins: Sentencing RESET for 12/14/2021 at 09:00 AM in Albuquerque - 540 Bonito Courtroom before District Judge Kea W. Riggs. (cab) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 11/22/2021) |
|---|---|---|
| 12/14/2021 | 38 | Clerk's Minutes for proceedings held before District Judge Kea W. Riggs: Sentencing held on 12/14/2021 for Christopher Hawkins (1), Count(s) 1, SENTENCE IMPOSED: CBOP 21 months; 3 years supervised release, with special conditions; SPA $100.00; deft in custody. (Court Reporter: J. Goehl) (meq) (Entered: 12/14/2021) |
| 12/14/2021 | 39 | JUDGMENT as to Christopher Hawkins by District Judge Kea W. Riggs. (ve) (Entered: 12/14/2021) |
| 01/30/2023 | 40 | ORDER Transferring Jurisdiction - Part I as to Christopher Hawkins by District Judge Kea W. Riggs on 1/30/2023, pursuant to 18 U.S.C. 3605 for purposes of probation or supervised release. This document will be sent by USPPS-DNM to the receiving district for execution of Part 2, Order Accepting Jurisdiction. (bap) (Entered: 01/30/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/01/2023 09:16:47 | | | |
| **PACER Login:** | jdunnegan | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cr-00835-KWR |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |