PROB34
Revised 10/13

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF IDAHO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **REPORT AND ORDER TERMINATING SUPERVISED RELEASE** |
| **V.** | |
| **CHRISTOPHER HAWKINS** | **DKT. NO. 0976 4:23CR00031-001** |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on 10/24/2025, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

_____

U.S. Probation Officer

ORDER OF COURT

Considered, ordered and made a part of the record in the above case.

DATED: **October 31, 2025**

B. Lynn Winmill
U.S. District Court Judge